**SHA-1 Hash:** 83467C4AC0B4202F94B287CC2F0A2B38A2F65B6D  **Title:** Unbelievably Beautiful
**Rights Owner:** Malibu Media, LLC

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.12.171.79 | 09/26/2012 23:36:32 | Orland Park | IL | Comcast Cable | BitTorrent |
| 2 | 24.12.63.205 | 09/14/2012 20:57:53 | Streamwood | IL | Comcast Cable | BitTorrent |
| 3 | 24.13.44.188 | 09/14/2012 03:27:49 | Mount Prospect | IL | Comcast Cable | BitTorrent |
| 4 | 24.13.68.15 | 10/04/2012 23:33:37 | Park Ridge | IL | Comcast Cable | BitTorrent |
| 5 | 24.7.209.101 | 09/18/2012 04:01:33 | Darien | IL | Comcast Cable | BitTorrent |
| 6 | 50.129.30.114 | 10/13/2012 01:31:32 | Lisle | IL | Comcast Cable | BitTorrent |
| 7 | 50.140.138.57 | 10/26/2012 16:45:56 | Yorkville | IL | Comcast Cable | BitTorrent |
| 8 | 67.163.13.79 | 09/25/2012 17:23:47 | Algonquin | IL | Comcast Cable | BitTorrent |
| 9 | 67.174.11.220 | 09/05/2012 02:09:45 | River Forest | IL | Comcast Cable | BitTorrent |
| 10 | 67.184.234.92 | 09/08/2012 22:58:40 | Libertyville | IL | Comcast Cable | BitTorrent |
| 11 | 67.184.29.61 | 09/12/2012 21:55:49 | North Aurora | IL | Comcast Cable | BitTorrent |
| 12 | 68.58.155.54 | 11/07/2012 20:56:07 | Chicago | IL | Comcast Cable | BitTorrent |
| 13 | 71.201.18.163 | 09/04/2012 22:49:08 | Dixon | IL | Comcast Cable | BitTorrent |
| 14 | 76.16.103.44 | 11/08/2012 11:22:15 | Chicago | IL | Comcast Cable | BitTorrent |
| 15 | 76.16.141.169 | 09/11/2012 21:37:24 | Park Ridge | IL | Comcast Cable | BitTorrent |
| 16 | 98.206.15.85 | 11/03/2012 22:14:49 | Des Plaines | IL | Comcast Cable | BitTorrent |
| 17 | 98.206.204.120 | 10/02/2012 19:00:43 | Bartlett | IL | Comcast Cable | BitTorrent |
| 18 | 98.227.29.217 | 09/10/2012 01:42:25 | Palatine | IL | Comcast Cable | BitTorrent |
| 19 | 205.178.109.175 | 09/07/2012 14:36:21 | Chicago | IL | RCN Corporation | BitTorrent |
| 20 | 205.178.74.2 | 10/18/2012 18:51:48 | Chicago | IL | RCN Corporation | BitTorrent |
| 21 | 216.80.22.240 | 10/14/2012 18:15:16 | Chicago | IL | RCN Corporation | BitTorrent |
| 22 | 24.136.24.145 | 09/09/2012 22:39:24 | Chicago | IL | RCN Corporation | BitTorrent |
| 23 | 24.148.24.176 | 09/03/2012 09:28:33 | Chicago | IL | RCN Corporation | BitTorrent |

EXHIBIT A

NIL31