Doe #1

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Black Lingerie Bliss | 09/19/2012 | 09/19/2012 | 09/27/2012 01:06:14 |
| Girls Night Out | 11/14/2011 | 11/23/2011 | 07/12/2012 07:48:04 |
| Introducing Diana | 05/11/2012 | 05/11/2012 | 05/28/2012 22:03:30 |
| Lunchtime Fantasy | 03/19/2012 | 03/19/2012 | 05/28/2012 21:23:17 |
| Russian Invasion | 09/26/2012 | 09/28/2012 | 09/27/2012 01:08:17 |
| Slow Motion | 04/22/2012 | 04/23/2012 | 05/28/2012 21:44:27 |
| Three for the Show | 09/24/2012 | 09/28/2012 | 09/27/2012 01:07:28 |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 09/26/2012 23:36:32 |
| Underwater Lover | 09/17/2012 | 09/20/2012 | 09/27/2012 01:04:53 |
| Veronica Wet Orgasm | 10/05/2011 | 11/23/2011 | 05/28/2012 21:46:17 |
| Yoga in the Sky | 06/27/2012 | 06/29/2012 | 07/09/2012 15:22:21 |

**Total Statutory Copyright Infringements for Doe #1:  11**

EXHIBIT B

NIL31

Doe #2

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| After Hours 10:25:16 | 11/21/2011 | 03/10/2012 | 09/14/2012 |
| Carmen An Afternoon to Remember 19:51:45 | 02/13/2012 | 02/17/2012 | 02/26/2012 |
| First Love 22:22:47 | 09/05/2012 | 09/25/2012 | 09/14/2012 |
| Leila Sex on the Beach 05:51:55 | 12/22/2010 | 11/21/2011 | 09/14/2012 |
| Like The First Time 06:03:38 | 02/29/2012 | 02/29/2012 | 09/09/2012 |
| Lunchtime Fantasy 21:19:29 | 03/19/2012 | 03/19/2012 | 09/14/2012 |
| Morning Tryst 10:29:51 | 07/24/2012 | 07/25/2012 | 09/14/2012 |
| Show You My Love 10:29:43 | 02/16/2011 | 04/14/2012 | 09/14/2012 |
| Starting Over 15:23:01 | 08/27/2012 | 09/10/2012 | 09/09/2012 |
| Tiffany Sex With A Supermodel 11:32:38 | 02/23/2011 | 11/21/2011 | 09/14/2012 |
| Unbelievably Beautiful 20:57:53 | 08/24/2012 | 09/10/2012 | 09/14/2012 |
| Veronica Wet Orgasm 19:04:32 | 10/05/2011 | 11/23/2011 | 12/04/2011 |
| Veronika Coming Home 19:26:26 | 01/25/2012 | 02/03/2012 | 02/26/2012 |

**Total Statutory Copyright Infringements for Doe #2:  13**

EXHIBIT B

NIL31

Doe #3

| Title | Date First Pub<br>Infringement Date | | Regis Date |
|---|---|---|---|
| Breakfast in Bed<br>00:38:40 | 04/16/2012 | 04/17/2012 | 04/17/2012 |
| California Dreams<br>17:21:56 | 03/12/2012 | 03/12/2012 | 04/01/2012 |
| Connie True Love<br>20:35:23 | 02/08/2012 | 02/17/2012 | 03/31/2012 |
| Evening at Home Part #2<br>02:24:48 | 04/04/2012 | 04/04/2012 | 04/19/2012 |
| Red Hot<br>05:27:15 | 10/12/2012 | 10/14/2012 | 10/13/2012 |
| Romantic Memories<br>23:19:45 | 05/16/2012 | 05/16/2012 | 05/17/2012 |
| Roommates<br>03:06:30 | 04/10/2012 | 04/11/2012 | 04/14/2012 |
| Still With Me<br>07:39:12 | 11/02/2012 | 11/07/2012 | 11/03/2012 |
| Unbelievably Beautiful<br>03:27:49 | 08/24/2012 | 09/10/2012 | 09/14/2012 |
| Young and Hot<br>23:12:10 | 06/06/2012 | 06/08/2012 | 06/07/2012 |
| Young Passion<br>05:34:15 | 10/17/2012 | 10/26/2012 | 10/18/2012 |

**Total Statutory Copyright Infringements for Doe #3:  11**

EXHIBIT B

Doe #4

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Dangerous Game 02:57:25 | 10/10/2012 | 10/14/2012 | 10/13/2012 |
| Threes Company 00:08:27 | 08/17/2012 | 08/15/2012 | 10/05/2012 |
| Unbelievably Beautiful 23:33:37 | 08/24/2012 | 09/10/2012 | 10/04/2012 |
| Underwater Lover 00:10:37 | 09/17/2012 | 09/20/2012 | 10/05/2012 |
| Wild Things 03:09:12 | 10/05/2012 | 10/07/2012 | 10/13/2012 |

**Total Statutory Copyright Infringements for Doe #4:  5**

Doe #5

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| California Dreams 00:41:22 | 03/12/2012 | 03/12/2012 | 08/20/2012 |
| Carmen An Afternoon to Remember 05:32:02 | 02/13/2012 | 02/17/2012 | 02/28/2012 |
| Connie True Love 17:36:51 | 02/08/2012 | 02/17/2012 | 08/22/2012 |
| First Love 15:01:27 | 09/05/2012 | 09/25/2012 | 10/27/2012 |
| Introducing Kaylee 20:15:39 | 04/01/2012 | 04/03/2012 | 08/22/2012 |
| Lovers in Paradise 15:01:29 | 12/30/2011 | 03/10/2012 | 10/27/2012 |
| Romantic Memories 01:31:00 | 05/16/2012 | 05/16/2012 | 08/14/2012 |
| Silvie Eufrat Strip Poker 16:01:35 | 02/06/2012 | 02/17/2012 | 08/22/2012 |
| Unbelievably Beautiful 04:01:33 | 08/24/2012 | 09/10/2012 | 09/18/2012 |

**Total Statutory Copyright Infringements for Doe #5:  9**

EXHIBIT B

NIL31

Doe #6

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Amazing Grace 05:02:53 | 09/14/2012 | 09/19/2012 | 10/14/2012 |
| Angel Journey To The East 09:31:33 | 12/22/2011 | 01/04/2012 | 10/14/2012 |
| Angel Seaside Romp 04:25:43 | 01/04/2012 | 01/06/2012 | 10/14/2012 |
| Angie VIP Lounge 04:33:04 | 11/28/2011 | 01/17/2012 | 10/14/2012 |
| Anneli Dream Girl 12:56:38 | 12/19/2011 | 01/04/2012 | 10/14/2012 |
| Breakfast in Bed 05:20:20 | 04/16/2012 | 04/17/2012 | 10/14/2012 |
| California Dreams 04:36:40 | 03/12/2012 | 03/12/2012 | 10/14/2012 |
| Connie True Love 09:27:59 | 02/08/2012 | 02/17/2012 | 10/14/2012 |
| Constance Aaron X–Art on TV 20:30:03 | 12/02/2011 | 01/17/2012 | 10/13/2012 |
| Deep Inside Caprice 12:29:19 | 04/13/2011 | 02/21/2012 | 10/14/2012 |
| Faye Prelude to an Orgy 20:10:05 | 02/11/2011 | 02/21/2012 | 10/13/2012 |
| First Love 01:47:14 | 09/05/2012 | 09/25/2012 | 10/13/2012 |
| Girls Night Out 04:05:43 | 11/14/2011 | 11/23/2011 | 10/14/2012 |
| Happy Couple 05:55:02 | 06/25/2012 | 06/25/2012 | 10/14/2012 |
| Kristen Girl Next Door 01:13:32 | 08/25/2010 | 11/18/2011 | 10/13/2012 |
| Leila Last Night 04:33:55 | 02/01/2012 | 02/17/2012 | 10/14/2012 |
| Lovers in Paradise 20:41:50 | 12/30/2011 | 03/10/2012 | 10/13/2012 |
| Miss Perfect 00:46:22 | 10/01/2012 | 10/07/2012 | 10/13/2012 |
| Morning Fantasy 04:20:18 | 01/18/2012 | 03/10/2012 | 10/14/2012 |
| Morning Memories 01:13:37 | 09/10/2012 | 09/19/2012 | 10/13/2012 |

EXHIBIT B

NIL31

| | | | |
|---|---|---|---|
| Perfect Lovers 19:58:20 | 07/20/2011 | 04/09/2012 | 10/13/2012 |
| Positively In Love 05:38:37 | 07/04/2012 | 07/11/2012 | 10/14/2012 |
| Red Hot Summer 05:38:33 | 09/23/2011 | 03/10/2012 | 10/14/2012 |
| Side by Side 05:39:27 | 09/03/2012 | 09/19/2012 | 10/14/2012 |
| The Art of Anal Sex 20:46:31 | 04/25/2011 | 02/21/2012 | 10/13/2012 |
| Threes Company 19:18:37 | 08/17/2012 | 08/15/2012 | 10/13/2012 |
| Tiffany Sex With A Supermodel 19:59:30 | 02/23/2011 | 11/21/2011 | 10/13/2012 |
| Tori The Endless Orgasm 19:54:00 | 10/20/2010 | 11/18/2011 | 10/13/2012 |
| Unbelievably Beautiful 01:31:32 | 08/24/2012 | 09/10/2012 | 10/13/2012 |
| Underwater Lover 19:21:09 | 09/17/2012 | 09/20/2012 | 10/13/2012 |
| Wet Dream 19:21:08 | 07/20/2012 | 07/20/2012 | 10/13/2012 |
| Yoga in the Sky 04:08:46 | 06/27/2012 | 06/29/2012 | 10/14/2012 |

**Total Statutory Copyright Infringements for Doe #6:  32**

EXHIBIT B

NIL31

Doe #7

| Title | Date First Pub | Infringement Date | Regis Date |
|-------|----------------|-------------------|------------|
| A Day to Remember 16:02:59 | 10/22/2012 | 10/26/2012 | 10/23/2012 |
| Dangerous Game 22:48:19 | 10/10/2012 | 10/14/2012 | 10/15/2012 |
| First Love 20:07:13 | 09/05/2012 | 09/25/2012 | 10/20/2012 |
| Flexible Beauty 15:37:33 | 10/19/2012 | 10/26/2012 | 10/20/2012 |
| Like The First Time 07:58:28 | 02/29/2012 | 02/29/2012 | 10/11/2012 |
| Lovers Quarrel 15:24:26 | 11/14/2012 | 11/20/2012 | 11/12/2012 |
| This Side of Paradise 14:41:29 | 08/19/2012 | 08/21/2012 | 10/21/2012 |
| Unbelievably Beautiful 16:45:56 | 08/24/2012 | 09/10/2012 | 10/26/2012 |

**Total Statutory Copyright Infringements for Doe #7:  8**

EXHIBIT B

Doe #8

| Title | Date First Pub | | Regis Date |
| --- | --- | --- | --- |
| | Infringement Date | | |
| A Day to Remember | 10/22/2012 | 10/26/2012 | 10/26/2012 |
| 16:59:45 | | | |
| Backstage | 07/17/2012 | 07/18/2012 | 09/25/2012 |
| 17:27:48 | | | |
| Introducing Diana | 05/11/2012 | 05/11/2012 | 05/17/2012 |
| 14:35:33 | | | |
| Little Lover | 04/30/2012 | 05/02/2012 | 05/17/2012 |
| 14:35:32 | | | |
| Morning Memories | 09/10/2012 | 09/19/2012 | 09/25/2012 |
| 17:28:33 | | | |
| Transcendence | 07/30/2012 | 07/31/2012 | 09/25/2012 |
| 17:26:06 | | | |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 09/25/2012 |
| 17:23:47 | | | |

**Total Statutory Copyright Infringements for Doe #8:  7**

EXHIBIT B

Doe #9

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Angel Afternoon Delight 14:56:17 | 02/20/2012 | 02/21/2012 | 04/09/2012 |
| Angel Seaside Romp 11:03:01 | 01/04/2012 | 01/06/2012 | 01/09/2012 |
| Anneli Dream Girl 11:07:47 | 12/19/2011 | 01/04/2012 | 01/09/2012 |
| Backstage 02:11:48 | 07/17/2012 | 07/18/2012 | 09/05/2012 |
| California Dreams 15:00:09 | 03/12/2012 | 03/12/2012 | 04/09/2012 |
| Little Lover 02:07:39 | 04/30/2012 | 05/02/2012 | 09/05/2012 |
| One Night Stand 02:06:27 | 05/02/2012 | 05/02/2012 | 09/05/2012 |
| Side by Side 02:54:36 | 09/03/2012 | 09/19/2012 | 10/01/2012 |
| The Art of Anal Sex 01:26:29 | 04/25/2011 | 02/21/2012 | 04/30/2012 |
| The Rich Girl Part #2 04:24:09 | 11/16/2011 | 11/30/2011 | 01/09/2012 |
| Tiffany Teenagers in Love 11:08:28 | 12/29/2010 | 11/20/2011 | 01/09/2012 |
| Unbelievably Beautiful 02:09:45 | 08/24/2012 | 09/10/2012 | 09/05/2012 |
| Wet Dream 02:04:06 | 07/20/2012 | 07/20/2012 | 09/05/2012 |
| Yoga in the Sky 19:51:32 | 06/27/2012 | 06/29/2012 | 09/04/2012 |

**Total Statutory Copyright Infringements for Doe #9:  14**

EXHIBIT B

Doe #10

| Title | Date First Pub Infringement Date | | Regis Date |
|-------|-----------|----------|------------|
| After Hours 22:33:54 | 11/21/2011 | 03/10/2012 | 08/12/2012 |
| Anneli Leila Menage A Trois 21:58:05 | 01/13/2012 | 01/17/2012 | 08/12/2012 |
| Backstage 10:11:35 | 07/17/2012 | 07/18/2012 | 08/12/2012 |
| Black Lingerie Bliss 19:55:26 | 09/19/2012 | 09/19/2012 | 10/13/2012 |
| California Dreams 15:13:16 | 03/12/2012 | 03/12/2012 | 08/12/2012 |
| Come To My Window 10:51:59 | 07/27/2012 | 07/31/2012 | 08/12/2012 |
| Connie True Love 21:38:15 | 02/08/2012 | 02/17/2012 | 08/12/2012 |
| Dangerous Game 19:58:34 | 10/10/2012 | 10/14/2012 | 10/13/2012 |
| Evening at Home Part #2 21:35:53 | 04/04/2012 | 04/04/2012 | 08/12/2012 |
| Farewell 09:21:14 | 08/03/2012 | 08/07/2012 | 08/12/2012 |
| First Love 19:50:38 | 09/05/2012 | 09/25/2012 | 10/13/2012 |
| Girls Night Out 00:14:59 | 11/14/2011 | 11/23/2011 | 08/13/2012 |
| Happy Couple 18:47:01 | 06/25/2012 | 06/25/2012 | 08/12/2012 |
| Introducing Diana 21:37:42 | 05/11/2012 | 05/11/2012 | 08/12/2012 |
| Introducing Kaylee 22:06:24 | 04/01/2012 | 04/03/2012 | 08/12/2012 |
| Jennifer Naughty Angel 17:29:12 | 11/05/2010 | 02/21/2012 | 10/14/2012 |
| LA Love 19:58:54 | 03/22/2010 | 05/23/2012 | 10/13/2012 |
| Leila Faye Awesome Threesome 10:36:26 | 02/02/2011 | 02/21/2012 | 08/12/2012 |
| Leila Last Night 21:26:09 | 02/01/2012 | 02/17/2012 | 08/12/2012 |
| Lunchtime Fantasy 18:35:58 | 03/19/2012 | 03/19/2012 | 08/12/2012 |

EXHIBIT B

NIL31

| | | | |
|---|---|---|---|
| Miss Perfect<br>19:56:11 | 10/01/2012 | 10/07/2012 | 10/13/2012 |
| Morning Tryst<br>19:57:11 | 07/24/2012 | 07/25/2012 | 10/13/2012 |
| On My Own<br>10:05:39 | 06/04/2012 | 06/08/2012 | 08/12/2012 |
| One Night Stand<br>22:09:11 | 05/02/2012 | 05/02/2012 | 08/12/2012 |
| Perfect Together<br>19:50:32 | 08/29/2012 | 09/19/2012 | 10/13/2012 |
| Pink Orgasm<br>09:41:19 | 07/16/2012 | 07/18/2012 | 08/12/2012 |
| Positively In Love<br>15:11:28 | 07/04/2012 | 07/11/2012 | 08/12/2012 |
| Pretty Back Door Baby<br>22:28:17 | 05/08/2012 | 05/10/2012 | 08/12/2012 |
| Pure Passion<br>23:33:28 | 06/03/2011 | 03/10/2012 | 08/12/2012 |
| Red Hot<br>19:56:40 | 10/12/2012 | 10/14/2012 | 10/13/2012 |
| Romantic Memories<br>12:47:11 | 05/16/2012 | 05/16/2012 | 08/12/2012 |
| Sapphic Experience<br>03:32:54 | 06/11/2012 | 06/14/2012 | 10/31/2012 |
| Sneak N Peek<br>11:24:09 | 06/01/2012 | 06/01/2012 | 08/12/2012 |
| Strawberry Blonde<br>03:44:52 | 06/22/2012 | 06/25/2012 | 08/12/2012 |
| Unbelievably Beautiful<br>22:58:40 | 08/24/2012 | 09/10/2012 | 09/08/2012 |
| Veronica Wet Orgasm<br>22:18:35 | 10/05/2011 | 11/23/2011 | 08/12/2012 |
| WInfringemente Hot<br>10:26:48 | 08/02/2012 | 08/05/2012 | 08/12/2012 |
| Wild at Heart<br>18:28:45 | 04/08/2012 | 04/09/2012 | 08/12/2012 |
| Wild Things<br>19:55:54 | 10/05/2012 | 10/07/2012 | 10/13/2012 |
| Yoga in the Sky<br>19:54:38 | 06/27/2012 | 06/29/2012 | 10/13/2012 |
| Young and Hot<br>09:58:49 | 06/06/2012 | 06/08/2012 | 08/12/2012 |

**Total Statutory Copyright Infringements for Doe #10:  41**

EXHIBIT B

Doe #11

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Evening at Home Part #2 05:30:00 | 04/04/2012 | 04/04/2012 | 06/07/2012 |
| Girls Night Out 16:29:15 | 11/14/2011 | 11/23/2011 | 12/17/2011 |
| Introducing Diana 04:45:05 | 05/11/2012 | 05/11/2012 | 05/26/2012 |
| Leila Sex on the Beach 23:39:13 | 12/22/2010 | 11/21/2011 | 12/06/2011 |
| Like The First Time 04:55:40 | 02/29/2012 | 02/29/2012 | 06/02/2012 |
| MaryJane Young Love 03:03:07 | 08/15/2011 | 11/23/2011 | 08/13/2012 |
| Pink Orgasm 21:51:28 | 07/16/2012 | 07/18/2012 | 09/12/2012 |
| Slow Motion 04:03:29 | 04/22/2012 | 04/23/2012 | 05/12/2012 |
| Tiffany Teenagers in Love 12:59:20 | 12/29/2010 | 11/20/2011 | 01/04/2012 |
| Unbelievably Beautiful 21:55:49 | 08/24/2012 | 09/10/2012 | 09/12/2012 |
| Veronica Wet Orgasm 11:49:53 | 10/05/2011 | 11/23/2011 | 12/02/2011 |

**Total Statutory Copyright Infringements for Doe #11:  11**

EXHIBIT B

NIL31

Doe #12

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Backstage 21:31:04 | 07/17/2012 | 07/18/2012 | 08/28/2012 |
| Coucher Avec une Autre Fille 20:57:37 | 08/13/2012 | 08/14/2012 | 08/28/2012 |
| Happy Couple 21:00:50 | 06/25/2012 | 06/25/2012 | 11/07/2012 |
| Starting Over 20:51:00 | 08/27/2012 | 09/10/2012 | 08/28/2012 |
| Still With Me 20:57:00 | 11/02/2012 | 11/07/2012 | 11/07/2012 |
| Threes Company 20:20:03 | 08/17/2012 | 08/15/2012 | 08/26/2012 |
| Transcendence 20:45:02 | 07/30/2012 | 07/31/2012 | 08/28/2012 |
| Unbelievably Beautiful 20:56:07 | 08/24/2012 | 09/10/2012 | 11/07/2012 |
| Young and Hot 20:42:05 | 06/06/2012 | 06/08/2012 | 08/28/2012 |
| Young Passion 22:04:09 | 10/17/2012 | 10/26/2012 | 11/06/2012 |

**Total Statutory Copyright Infringements for Doe #12:  10**

EXHIBIT B

NIL31

Doe #13

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Evening at Home Part #2 23:26:38 | 04/04/2012 | 04/04/2012 | 06/16/2012 |
| Good Vibrations 01:22:35 | 07/02/2012 | 07/09/2012 | 07/09/2012 |
| Like The First Time 23:25:42 | 02/29/2012 | 02/29/2012 | 06/16/2012 |
| One Night Stand 23:28:54 | 05/02/2012 | 05/02/2012 | 06/16/2012 |
| Perfect Together 22:50:49 | 08/29/2012 | 09/19/2012 | 09/04/2012 |
| Private Time 22:53:10 | 07/31/2012 | 08/21/2012 | 09/04/2012 |
| Starting Over 22:46:51 | 08/27/2012 | 09/10/2012 | 09/04/2012 |
| Unbelievably Beautiful 22:49:08 | 08/24/2012 | 09/10/2012 | 09/04/2012 |

**Total Statutory Copyright Infringements for Doe #13:  8**

EXHIBIT B

NIL31

Doe #14

| Title | Date First Pub<br>Infringement Date | | Regis Date |
|-------|------------------|---|------------|
| Anneli Leila Menage A Trois<br>22:42:28 | 01/13/2012 | 01/17/2012 | 03/23/2012 |
| Casual Sex<br>10:55:06 | 10/31/2012 | 11/07/2012 | 11/08/2012 |
| Dangerous Game<br>04:42:36 | 10/10/2012 | 10/14/2012 | 11/08/2012 |
| Daydream<br>11:24:57 | 10/15/2012 | 10/15/2012 | 11/08/2012 |
| Evening at Home Part #2<br>00:11:52 | 04/04/2012 | 04/04/2012 | 04/13/2012 |
| Girls Night Out<br>00:26:58 | 11/14/2011 | 11/23/2011 | 03/30/2012 |
| Red Hot<br>04:43:01 | 10/12/2012 | 10/14/2012 | 11/08/2012 |
| Soul Mates<br>11:26:25 | 11/07/2012 | 11/15/2012 | 11/08/2012 |
| Still With Me<br>10:55:52 | 11/02/2012 | 11/07/2012 | 11/08/2012 |
| The Masseuse<br>23:47:22 | 11/25/2011 | 03/08/2012 | 04/13/2012 |
| Threes Company<br>11:02:52 | 08/17/2012 | 08/15/2012 | 11/08/2012 |
| Unbelievably Beautiful<br>11:22:15 | 08/24/2012 | 09/10/2012 | 11/08/2012 |
| Wild Things<br>12:23:43 | 10/05/2012 | 10/07/2012 | 11/08/2012 |

**Total Statutory Copyright Infringements for Doe #14:  13**

EXHIBIT B

Doe #15

| Title | Date First Pub | Regis Date |
|---|---|---|
| | Infringement Date | |
| Black Lingerie Bliss 20:26:45 | 09/19/2012 09/19/2012 | 11/07/2012 |
| Breakfast in Bed 21:32:38 | 04/16/2012 04/17/2012 | 10/07/2012 |
| Connie True Love 19:31:52 | 02/08/2012 02/17/2012 | 04/23/2012 |
| Dangerous Game 20:30:43 | 10/10/2012 10/14/2012 | 11/07/2012 |
| Farewell 21:30:58 | 08/03/2012 08/07/2012 | 11/07/2012 |
| Introducing Kaylee 21:46:32 | 04/01/2012 04/03/2012 | 09/11/2012 |
| Morning Fantasy 21:51:16 | 01/18/2012 03/10/2012 | 03/10/2012 |
| Three for the Show 21:28:58 | 09/24/2012 09/28/2012 | 10/07/2012 |
| Unbelievably Beautiful 21:37:24 | 08/24/2012 09/10/2012 | 09/11/2012 |
| Veronica Wet Orgasm 21:19:04 | 10/05/2011 11/23/2011 | 12/31/2011 |
| Wild at Heart 19:36:13 | 04/08/2012 04/09/2012 | 04/23/2012 |
| Yoga in the Sky 01:35:24 | 06/27/2012 06/29/2012 | 08/02/2012 |

**Total Statutory Copyright Infringements for Doe #15:  12**

EXHIBIT B

Doe #16

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Casual Sex 03:18:32 | 10/31/2012 | 11/07/2012 | 11/04/2012 |
| Happy Couple 00:29:06 | 06/25/2012 | 06/25/2012 | 07/23/2012 |
| Ibiza Love 00:11:08 | 10/27/2012 | 10/28/2012 | 11/04/2012 |
| Unbelievably Beautiful 22:14:49 | 08/24/2012 | 09/10/2012 | 11/03/2012 |
| Young and Hot 06:59:22 | 06/06/2012 | 06/08/2012 | 06/17/2012 |
| Young Passion 18:43:14 | 10/17/2012 | 10/26/2012 | 11/03/2012 |

**Total Statutory Copyright Infringements for Doe #16: 6**

EXHIBIT B

Doe #17

| Title | Date First Pub<br>Infringement Date | | Regis Date |
|---|---|---|---|
| Backstage<br>20:10:01 | 07/17/2012 | 07/18/2012 | 07/27/2012 |
| Black Lingerie Bliss<br>23:03:30 | 09/19/2012 | 09/19/2012 | 09/23/2012 |
| Blonde Ambition<br>22:17:57 | 03/05/2012 | 03/06/2012 | 03/09/2012 |
| Breakfast in Bed<br>14:34:23 | 04/16/2012 | 04/17/2012 | 04/28/2012 |
| California Dreams<br>17:56:19 | 03/12/2012 | 03/12/2012 | 03/24/2012 |
| Carla Intimate<br>11:42:27 | 02/24/2012 | 02/27/2012 | 03/10/2012 |
| Carmen An Afternoon to Remember<br>01:44:50 | 02/13/2012 | 02/17/2012 | 02/21/2012 |
| Coucher Avec une Autre Fille<br>00:16:36 | 08/13/2012 | 08/14/2012 | 08/18/2012 |
| Evening at Home<br>20:35:25 | 03/21/2012 | 03/22/2012 | 03/24/2012 |
| Foot Fetish<br>08:29:28 | 06/20/2012 | 06/21/2012 | 06/22/2012 |
| Introducing Diana<br>01:10:18 | 05/11/2012 | 05/11/2012 | 05/23/2012 |
| LA Love<br>02:14:43 | 03/22/2010 | 05/23/2012 | 05/23/2012 |
| Like The First Time<br>22:18:02 | 02/29/2012 | 02/29/2012 | 03/09/2012 |
| Lunchtime Fantasy<br>13:02:06 | 03/19/2012 | 03/19/2012 | 04/26/2012 |
| Paradise Found<br>05:30:00 | 03/25/2012 | 03/26/2012 | 04/01/2012 |
| Perfect Girls<br>12:46:30 | 03/28/2012 | 03/28/2012 | 04/01/2012 |
| Pure Grace<br>21:46:50 | 07/11/2012 | 07/12/2012 | 07/19/2012 |
| Unbelievably Beautiful<br>19:00:43 | 08/24/2012 | 09/10/2012 | 10/02/2012 |
| Veronika Coming Home<br>22:15:46 | 01/25/2012 | 02/03/2012 | 06/28/2012 |
| Yoga in the Sky<br>22:03:52 | 06/27/2012 | 06/29/2012 | 06/28/2012 |

EXHIBIT B

NIL31

| Young Passion | 10/17/2012 | 10/26/2012 | 10/24/2012 |
| 00:38:06 | | | |

**Total Statutory Copyright Infringements for Doe #17:  21**


Doe #18

| Title | Date First Pub | Regis Date |
| | Infringement Date | |
|---|---|---|
| Connie True Love | 02/08/2012 02/17/2012 | 02/22/2012 |
| 00:27:37 | | |
| Introducing Diana | 05/11/2012 05/11/2012 | 05/20/2012 |
| 01:53:07 | | |
| Romantic Memories | 05/16/2012 05/16/2012 | 05/20/2012 |
| 00:34:04 | | |
| The Masseuse | 11/25/2011 03/08/2012 | 05/20/2012 |
| 00:39:26 | | |
| Unbelievably Beautiful | 08/24/2012 09/10/2012 | 09/10/2012 |
| 01:42:25 | | |

**Total Statutory Copyright Infringements for Doe #18:  5**


Doe #19

| Title | Date First Pub | Regis Date |
| | Infringement Date | |
|---|---|---|
| Black Lingerie Bliss | 09/19/2012 09/19/2012 | 11/07/2012 |
| 03:13:26 | | |
| Fucking Perfection | 06/24/2011 05/11/2012 | 07/20/2012 |
| 15:17:20 | | |
| Ibiza Love | 10/27/2012 10/28/2012 | 10/29/2012 |
| 01:34:48 | | |
| Pure Grace | 07/11/2012 07/12/2012 | 07/20/2012 |
| 15:08:41 | | |
| Unbelievably Beautiful | 08/24/2012 09/10/2012 | 09/07/2012 |
| 14:36:21 | | |
| Young Passion | 10/17/2012 10/26/2012 | 10/29/2012 |
| 01:44:47 | | |

**Total Statutory Copyright Infringements for Doe #19:  6**


EXHIBIT B

NIL31

Doe #20

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Black Lingerie Bliss 18:59:05 | 09/19/2012 | 09/19/2012 | 09/21/2012 |
| Coucher Avec une Autre Fille 11:35:33 | 08/13/2012 | 08/14/2012 | 08/15/2012 |
| Dangerous Game 00:27:05 | 10/10/2012 | 10/14/2012 | 10/19/2012 |
| Unbelievably Beautiful 18:51:48 | 08/24/2012 | 09/10/2012 | 10/18/2012 |
| Young Passion 04:49:56 | 10/17/2012 | 10/26/2012 | 10/19/2012 |

**Total Statutory Copyright Infringements for Doe #20:  5**

Doe #21

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Red Hot Summer 05:43:14 | 09/23/2011 | 03/10/2012 | 05/10/2012 |
| Silver Bullets 00:05:32 | 05/13/2012 | 05/16/2012 | 10/31/2012 |
| Silvie Eufrat Strip Poker 06:51:14 | 02/06/2012 | 02/17/2012 | 02/11/2012 |
| The Rich Girl Part #1 12:20:50 | 11/02/2011 | 03/10/2012 | 05/10/2012 |
| Unbelievably Beautiful 18:15:16 | 08/24/2012 | 09/10/2012 | 10/14/2012 |
| Yoga in the Sky 19:31:39 | 06/27/2012 | 06/29/2012 | 09/29/2012 |
| Young Passion 00:03:22 | 10/17/2012 | 10/26/2012 | 10/31/2012 |

**Total Statutory Copyright Infringements for Doe #21:  7**

EXHIBIT B

NIL31

Doe #22

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Black Lingerie Bliss 00:05:21 | 09/19/2012 | 09/19/2012 | 09/23/2012 |
| Happy Ending 18:18:55 | 12/12/2011 | 03/10/2012 | 07/08/2012 |
| Introducing Kaylee 00:11:13 | 04/01/2012 | 04/03/2012 | 09/19/2012 |
| Lunchtime Fantasy 00:07:50 | 03/19/2012 | 03/19/2012 | 09/23/2012 |
| One Night Stand 03:33:54 | 05/02/2012 | 05/02/2012 | 09/19/2012 |
| Teenage Dream 23:22:41 | 05/29/2012 | 06/01/2012 | 09/16/2012 |
| Unbelievably Beautiful 22:39:24 | 08/24/2012 | 09/10/2012 | 09/09/2012 |

**Total Statutory Copyright Infringements for Doe #22: 7**

Doe #23

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| First Love 05:06:06 | 09/05/2012 | 09/25/2012 | 09/08/2012 |
| MaryJane Young Love 00:07:09 | 08/15/2011 | 11/23/2011 | 07/24/2012 |
| Unbelievably Beautiful 09:28:33 | 08/24/2012 | 09/10/2012 | 09/03/2012 |
| Young and Hot 21:17:00 | 06/06/2012 | 06/08/2012 | 07/14/2012 |

**Total Statutory Copyright Infringements for Doe #23: 4**

EXHIBIT B

NIL31