# Copyright
United States Copyright Office

**The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 146 of 155 entries



**Labeled View**

### *Unbelievably Beautiful.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001805315 / 2012-09-10 |
| **Application Title:** | Unbelievably Beautiful. |
| **Title:** | Unbelievably Beautiful. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015, United States. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-08-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles

# EXHIBIT D