# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 9727 | **DATE** | 12/18/2012 |
| **CASE TITLE** | Malibu Media  vs.  John Does 1-23 | | |

**DOCKET ENTRY TEXT**

ENTER ORDER on motion for leave to serve third-party subpoenas prior to a Rule 26(a) conference.

U.S. DISTRICT COURT
CLERK
2012 DEC 18 PM 4:17

Courtroom Deputy Initials: TBK