IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| Plaintiff | ) ) ) | No. 12 cv 9727 |
| vs | ) ) | Judge Dow |
| JOHN DOES 1 - 23 | ) ) ) | |
| Defendants | ) | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 10 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 10 ("Defendant"). Pursuant to the terms of the settlement agreements, Plaintiff hereby voluntarily dismisses Defendants from this action with prejudice. John Doe 10 was assigned the IP Address 67.184.234.92. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants John Doe 10 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: February 25, 2013

Respectfully submitted,

By: /s/ *Mary K. Schulz*

Mary K. Schulz, 6183773
schulzlaw@me.com
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
Phone: 224.535.9510
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 25, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

             By: /s/ *Mary K. Schulz*
             Mary K. Schulz